# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORMAN SHAW, JR., : CIVIL NO. 3:17-cv-1826
        Petitioner :
         : (Judge Munley)
    v. :
         :
WARDEN BALTAZAR, :
        Respondent :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

AND NOW, to wit, this 17th day of October 2017, in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 2) to proceed *in forma pauperis* is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

3. The Administrative Order (Doc. 3) is RESCINDED.

4. The Clerk of Court is directed to NOTIFY the petitioner.

5. The Clerk of Court is further directed to CLOSE this case.

        **BY THE COURT:**

        **s/James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**